IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LIU WEN FANG,

      Plaintiff,                                                                                    ORDER

v.

                                            Case No.   15-cv-669-wmc

RUSSELL SYLVAN SOEHNER, II,
GARY L. SCOTT, JEESE HARMAN,
CHARK VANG, ANTHONY BITERMAN
AND ROGER ALLEN,

      Defendants.

Plaintiff Liu Wen Fang has filed a proposed civil complaint.  Plaintiff asks for leave to proceed without prepayment of fees or costs.  However, I cannot determine whether plaintiff qualifies for indigent status.  To make this determination, plaintiff must submit a financial affidavit, which I am enclosing with this order.

ORDER

IT IS ORDERED that plaintiff may have until November 9, 2015, in which to submit an affidavit of indigency and return it to the court.  If plaintiff fails to provide this requested information in a timely fashion, then the court will deny plaintiff's request for leave to proceed without prepayment of fees or costs for failure to show that plaintiff is indigent.

Entered this 19th day of October, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge