IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LIU WEN FANG,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                            15-cv-669-wmc

RUSSELL SYLVAN SOEHNER, II,
GARY L. SCOTT, JESSE HARMAN,
CHARK VANG, ANTHONY BITERMAN
and ROGER ALLEN,

    Defendants.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

       /s/                                                     3/2/2016

Peter Oppeneer, Clerk of Court                     Date