William M. Conley ordered: ~~Plaintiff Liu Wen Fang's motions for leave to proceed in case no. 15-cv-699 are denied~~ The clerk of court is ~~late~~ directed to close case no. 15-cv-669-wmc.

~~Question:~~ IS Rape Legal in America?

# Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the **Western** District of **Wisconsin**

File Number ~~15-cv~~ **15-cv-669-wmc**

Plaintiff )
)
v.            ) Notice of Appeal
)
Defendant )

2016 MAR -2 PM 3:27
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

**Liu Wen Fang**

Notice is hereby given that [ _(here name all parties taking the appeal)_ , (plaintiffs) (defendants) in the above named case,[1]] hereby appeal to the United States Court of Appeals for the **Seventh** Circuit (from the final judgment) (from an order (describing it)) entered in this action on the **02** day of **March**, 20**16**

(s) _____
Attorney for [_____]
[Address:_____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

[1] See Rule 3(c) for permissible ways of identifying appellants. (attached)
*See Circuit Rule 3(c)(1) for Docketing Statement (attached)